# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS



In Re: Sharon Piper

**Debtor(s)**

Case No.: 16–32936

Chapter: 13

ENTERED
09/26/2016

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/26/16

MARVIN ISGUR
United States Bankruptcy Judge